**Order entered April 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01267-CR

**DEAN ALAN MATTHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 207th District Court**
**Comal County, Texas**
**Trial Court Cause No. CR2016-544**

## ORDER

Before the Court is the State's April 8, 2019 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief due on or before May 10, 2019.

/s/    CORY L. CARLYLE
       JUSTICE